PD-1590-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/7/2015 11:11:24 AM
Accepted 12/7/2015 3:11:31 PM
ABEL ACOSTA
CLERK

PD-1590-15

No. _____

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

ROBERTO ARNOLDO MARTINEZ a/k/a ROBERTO BARRIENTOS,
Petitioner–Appellant

v.

THE STATE OF TEXAS,
Respondent–Appellee

*Petition for Discretionary Review*
*from the Fifth District Court of Appeals at Dallas*
*Cause No. 05-14-01238-CR*

*Appeal from Criminal District Court No. 3*
*of Dallas County, Texas*
*Cause No. F14-00302-J*

## MOTION FOR EXTENSION OF TIME
## TO FILE A PETITION FOR DISCRETIONARY REVIEW

**Roberto Arnoldo Martinez a/k/a Roberto Barrientos,** Appellant below, respectfully submits this Motion for an Extension of Time to File a Petition for Discretionary Review in the above–styled and numbered cause. In support of this Motion, he shows this Honorable Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

December 7, 2015

ABEL ACOSTA, CLERK

**I.**

A jury convicted Appellant for failure to register as a sex offender and sentenced him to seven years' imprisonment.

**II.**

The Court of Appeals affirmed the trial court's judgment in a memorandum opinion and judgment filed on November 4, 2015. *Martinez v. State*, No. 05-14-01238-CR, 2015 Tex. App. LEXIS 11425 (Tex. App.—Dallas Nov. 4, 2015). Appellant did not file a motion for rehearing. Appellant's petition for discretionary review was due on December 4, 2015. *See* Tex. R. App. P. 68.2(a). Any motion for extension of time to file a petition for discretionary review is due on or before December 19, 2015. *See* Tex. R. App. P. 68.2(c); Tex. R. App. P. 4.1(a).

**III.**

The facts relied upon to show good cause for this requested extension are as follows:

1. Appellant was represented by court appointed counsel during appeal of this case to the Court of Appeals.

2. It is undetermined at this time whether Appellant will proceed pro se for purposes of filing a Petition for Discretionary Review. Additional time is needed for consultation between appellate counsel and Appellant on this issue.

3. If Appellant proceeds pro se, then additional time will be needed to prepare and file the Petition pro se or to seek other legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Honorable Court extend the time for filing a Petition for Discretionary Review for thirty days.

Respectfully submitted,

**Lynn Richardson**
**Chief Public Defender**
**Dallas County**

**Katherine A. Drew**
**Chief, Appellate Division**
Dallas County Public Defender's Office

/s/ *Julie Woods*
**Julie Woods**
**Assistant Public Defender**
Dallas County Public Defender's Office
State Bar Number: 24046173
133 N. Riverfront Blvd., LB 2
Dallas, Texas 75207
(214) 653-3550 *(telephone)*
(214) 653-3539 *(fax)*
Julie.Woods@dallascounty.org

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Larissa T. Roeder, counsel for the State, Dallas County District Attorney's Office, 133 N. Riverfront Blvd., LB-19, 10th Floor, Dallas, Texas 75207, by eServe on December 7, 2015.

I further certify that a true copy of the foregoing Motion for Extension of Time to File a Petition For Discretionary Review was served on Lisa C. McMinn, the State's Prosecuting Attorney, P.O. Box 13046, Capitol Station, Austin, Texas 78711, by eServe on December 7, 2015.

/s/ *Julie Woods*
**Julie Woods**